IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-cv-1533-BN |
| GUARDIAN OIL & GAS, INC., ET AL., | § § § § | |
| Defendants. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

The parties first reported a possible settlement of this case in 2016 and have most recently reported that the staff of the Securities and Exchange Commission is in the process of obtaining Commission approval of Defendants' offer of settlement and that the parties do not anticipate the need for trial in this case. *See* Dkt. No. 32 & 61.

Based on this history and the status of the case, the Court determines that it appropriate to administratively close this case at this time. Any case over three years old is considered an "old" case by the Administrative Office and is put on a national report. The age of a case continues to accrue unless it is administratively closed, which tolls the time with the case's age. Accordingly, the Court administratively closes this case and instructs the Clerk of the Court to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this order shall be considered a dismissal or disposition of this case, and the deadline set by the Court's August 13, 2018 Electronic Order [Dkt. No. 61]

remains in place. And, if a settlement is not approved and finalized, any party may move to administratively reopen the case.

SO ORDERED.

DATED: September 7, 2018

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE